IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| Bucksport Water System, Inc., | ) | Civil Action No. 4:13-cv-02503-RBH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | <u>TEMPORARY RESTRAINING ORDER</u> |
| | ) | |
| Weaver Engineering, Inc.; Robert L. Weaver; the Internal Revenue Service of the United States of America; and the South Carolina Department of Revenue, | ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Plaintiff's Application for Temporary Restraining Order and Preliminary Injunction.

IT APPEARING from specific facts set forth in Affidavit of James F. McCrackin, Esq. along with the Complaint for Interpleader and Application for Temporary Restraining Order and Preliminary Injunction filed concurrently herewith that immediate and irreparable injury, loss, or damage will result to Plaintiff; and

Notice to the Defendants should not be required based on the allegations of the affidavit of counsel, the Complaint in this action, and the motion for Temporary Restraining Order and supporting memorandum; and

After consideration of the Application and its supporting affidavits and exhibits, and for good cause shown:

Plaintiff's Motion is GRANTED; and

IT IS HEREBY ORDERED that, pursuant to Fed.R.Civ.P. 65(b), Defendants and their officers, agents, members and all others acting in concert or participation with any of them who receive actual notice of this Order by personal service or otherwise are hereby temporarily restrained from:

(a) Seizing, confiscating, or in any other manner forcibly taking funds held by Plaintiff and owed to Defendant Weaver Engineering, Inc.;

(b) Taking any other action which might interfere with this Court's determination of Plaintiff's interpleader action.

This Temporary Restraining Order shall remain in effect until September 27, 2013, or further Order of this Court.

A hearing on this matter will be held on September 27, 2013 at 9:30 a.m., at the McMillan Federal Building, third floor, Florence, SC, with notice to all parties. Plaintiff's counsel shall immediately provide prompt written and oral notice to the defendants and immediately serve them with a copy of this order and of the plaintiff's filings with the Court.

SO ORDERED this 17th day of September, 2013, at 11:00 a..m.

s/R. Bryan Harwell
UNITED STATES DISTRICT JUDGE